# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Marcus Damien Smith**<br>DOB: 1974; United States citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-01559MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 7, 2021, in the District of Arizona, **Marcus Damien Smith**, knowing or in reckless disregard that certain illegal aliens, namely Angel Adolfo Alonso-Gonzalez and Emilio Torres-Vasquez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 7, 2021, at approximately 10:35 p.m., Border Patrol Agents (BPAs), working checkpoint duties at the Border Patrol immigration checkpoint on Federal Route (FR) 15 near the village of North Komelik, Arizona, received a report of a suspicious vehicle exiting the desert on FR-42. A short time later, BPAs witnessed the vehicle run a stop sign and turn north on FR-15 from FR-42, which is located just north of the checkpoint. BPAs then began following the vehicle and noticed that the driver slowed significantly. BPAs also observed several people in the vehicle as the rear window was back lit by the headlights of oncoming traffic. As BPAs ran records checks on the vehicle, the driver, later identified as **Marcus Damien SMITH**, yielded on his own and pulled to the side of the road at mile marker 33 on FR-15. As BPAs approached the passenger side of the vehicle, they saw two subjects in the front seats and six subjects dressed in camouflage in the back seat. The six subjects in the back seat, to include Angel Adolfo Alonso-Gonzalez and Emilio Torres-Vasquez, all admitted to being citizens of Guatemala and Mexico without the proper documentation to enter, pass through or remain in the United States legally.

Records checks revealed that Angel Adolfo Alonso-Gonzalez and Emilio Torres-Vasquez do not have the proper immigration documentation to enter or remain in the U.S. legally. Emilio Torres-Vasquez was previously removed from the United States on November 1, 2014.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/pl | SIGNATURE OF COMPLAINANT<br>/s/ signature |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>/s/ signature | DATE<br>April 9, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54